**Heidi BETZ, Plaintiff–Appellant,**

v.

**TRAINER WORTHAM & COMPANY, INC.; David P. Como; First Republic Bank, a Nevada corporation; Robert Vile, Defendants–Appellees.**

No. 05–15704.

United States Court of Appeals, Ninth Circuit.

Sept. 14, 2007.

Joseph M. Alioto, Alioto Law Firm, San Francisco, CA, Myron Moskovitz, Berkeley, CA, for Plaintiff–Appellant.

Sara B. Brody, Heller Ehrman, LLP, San Francisco, CA, for Defendants–Appellees.

Before: JOHN T. NOONAN, RONALD M. GOULD, and JOHNNIE B. RAWLINSON, Circuit Judges.

## ORDER

The Petition for Panel Rehearing is GRANTED. The opinion in the above-captioned matter filed on May 11, 2007, and published at 486 F.3d 590, is WITHDRAWN. A modified opinion shall be filed and substituted.

The parties shall have fourteen (14) days from entry of the modified opinion to file petitions for rehearing or petitions for rehearing en banc in the above-captioned matter.

**IT IS SO ORDERED.**